IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**WALTER RAVEN,** : Civil No. 1:18-cv-0623
:
    **Petitioner,** :
:
**v.** :
:
**WARDEN, SCI ROCKVIEW, et al.,** :
:
    **Respondents.** : Judge Sylvia H. Rambo

# O R D E R

AND NOW, this 9th day of July, 2019, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The Report and Recommendation (Doc. 21) is **ADOPTED**;

2) Raven's amended petition (Doc. 14) is deemed to be a request for appointment of counsel and is **DENIED**;

3) The petition for a writ of habeas corpus is **DENIED**; and

4) The court declines to issue a certificate of appealability as Raven has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

                                          s/Sylvia Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge